UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:

BRIAN L. BAKER and
KRISTIE L. BAKER,
                Debtors.

**AFFIDAVIT OF SERVICE BY MAIL**
Chapter 7 Bankruptcy
Case No.: 18-10523

STATE OF NEW YORK   )
                             ) SS:
COUNTY OF SARATOGA  )

        Diane Dishon, being duly sworn, deposes and says:

        That she is over the age of 18 years, and that she served the **Amended Summary of Assets and Liabilities, Amended Schedule "E/F", Amended Declaration Concerning Schedules, Amended Certification of Mailing Matrix, and Amended Mailing Matrix** on the 16th day of July, 2018, by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at the Post Office Building, Broadway, Saratoga Springs, New York 12866, upon the parties listed on the annexed mailing list, with the address being the address within the state designated for that purpose upon the last papers served in this proceeding or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                              Diane Dishon

Sworn to before me this
16th day of July, 2018.

_____
Notary Public



ALAN LE COURS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SARATOGA COUNTY
REG. #02LE07229
MY COMM. EXP. JAN 25, 20_19_

United States Trustee's Office
74 Chapel Street
Albany, NY 12207

Marc S. Ehrlich, Esq.
Ehrlich Law Firm, PC
64 Second Street
Troy, NY 12180

Brian & Kristie Baker
1162 Route 29
Schuylerville, NY 12871

New York State Department of Labor
Unemployment Insurance Division
P.O. Box 1195
Albany, NY 12201-1195

Raymour & Flanigan
P.O. Box 130
Liverpool, NY 13088-0130

Simon's Agency Inc.
4963 Wintersweet Dr.
Liverpool, NY 13088