*B2170 (Form 2170) (12/15)*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Brian L. Baker<br><br>xxx–xx–5617<br>1162 Route 29<br>Schuylerville, NY 12871<br><br>Kristie L. Baker<br><br>xxx–xx–6166<br>1162 Route 29<br>Schuylerville, NY 12871 | )<br>)<br>)<br>)Case Number: 18–10523–1–rel<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Marc S. Ehrlich−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Albany, NY
DATED: 8/7/18

*BY THE COURT*

Robert E. Littlefield Jr.
U.S. Bankruptcy Judge